IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MATTHEW KENNY,

    Petitioner,             No. 2:12-2753 KJM AC P

  vs.

DANIEL PARAMO, Warden,

    Respondent.          ORDER

_____/

        The parties have stipulated to dismissal of this case without prejudice, pursuant to Fed. R. Civ. P. 41(a)1(A)(ii).  ECF No. 14.

        Accordingly, the Clerk of Court shall close this case.

DATED: June 3, 2013

                          /s/ Allison Claire
                          ALLISON CLAIRE
                          UNITED STATES MAGISTRATE JUDGE

AC:009
kenn2753.59